UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Martha G.,

    Plaintiff,

        v.                                           Case No. 1:19-cv-00936

Commissioner of Social Security,           Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"). (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that they would waive further appeal if they failed to file objections to the R&R in a timely manner. (*Id.* PageID 905); *see United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the R&R have been filed, and the time to file any objections has now passed. *See* S.D. Ohio Civ. R. 7.2(a)(2).

In light of the foregoing, it is hereby **ORDERED** that the R&R (Doc. 18) is **ADOPTED in full**. Consistent with that R&R, it is hereby **ORDERED** that, Plaintiff's motion for an award of attorney's fees (Doc. 15) is **GRANTED**, with counsel awarded the additional net fee of $11,700 ($15,000 less the $3,300 previously awarded under the EAJA) under 42 U.S.C. § 406(b).

**IT IS SO ORDERED.**                     /s Michael R. Barrett
                                                                Michael R. Barrett, Judge
                                                                United States District Court